UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURICE WASHINGTON, | ) Case No. CV 15-4626-JVS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J. SOTO, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 18, 2015

_____
James V. Selna
United States District Judge